UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD FLORES, et al.,<br><br>    Defendants. | Case No. 19-cv-00319-HSG<br><br>**ORDER DENYING REQUEST TO SERVE COMPLAINT AS MOOT**<br><br>Re: Dkt. No. 4 |

Plaintiff's request to serve the complaint on Defendants is DENIED as moot. Dkt. No. 4. In the Court's May 1, 2019 Order of Service, the Court ordered service of the complaint on defendants A. Flores, J. Diaz, Melek, and Dugamis. Santa Clara County Jail has been dismissed from this action, and Plaintiff has not yet stated a cognizable claim against the remaining defendants. *See generally* Dkt. No. 7. If Plaintiff files an amended complaint that states a cognizable claim against defendants Chief E. Flores and Capt. Sepulveda, the Court will order service of the amended complaint on these defendants at that time.

This order terminates Dkt. No. 4.

**IT IS SO ORDERED.**

Dated: 5/9/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge