UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD FLORES, et al.,<br><br>    Defendants. | Case No. 19-cv-00319-HSG<br><br>**ORDER DENYING IN PART AND GRANTING IN PART REQUEST FOR RECORDS**<br><br>Re: Dkt. No. 17 |

Plaintiff has filed a request for a copy of the civil docket pursuant to Rule 79(a)(1)(2)(A)(B) of the Federal Rules of Civil Procedure. Dkt. No. 17. Rule 79 imposes a duty upon the clerk of each district court to maintain a record for filings in civil cases, referred to as the civil docket. Fed. R. Civ. P. 79. It does not require courts to provide litigants with copies of the docket. To the extent that Plaintiff is requesting that the Court take action pursuant to Rule 79, this motion is DENIED. However, the motion will be GRANTED in part in that Plaintiff will be provided, via separate copy, with a copy of the docket sheet for this action.

This order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: 6/24/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge