UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. ORTEGA,

    Plaintiff,

v.

A. FLORES, et al.,

    Defendants.

Case No. 19-cv-00319-HSG

**JUDGMENT**

For the reasons set forth in the Order Granting Defendants' Motion to Dismiss, this action is DISMISSED as barred by the statute of limitations. The Clerk shall enter judgment in favor of defendants and against plaintiff

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/27/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge