UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>A. FLORES, et al.,<br><br>    Defendants. | Case No. 19-cv-00319-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Re: Dkt. Nos. 49, 50 |

Plaintiff's unopposed requests for an extension of time to respond to defendant Flores' request for production of documents and interrogatories (Dkt. Nos. 49, 50) are GRANTED. Plaintiff shall respond to these discovery requests by March 10, 2022. The Court notes that, pursuant to Fed. R. Civ. P. 29(b), the parties do not require court approval to extend the time to respond to discovery if the extension of time does not interfere with the time set for completing discovery, hearing a motion, or for trial. Fed. R. Civ. P. 29(b). The extensions of time requested in Dkt. Nos. 49 and 50 do not affect the current briefing schedule and therefore do not require court approval. Plaintiff is encouraged to work directly with Defendants to reach agreement about the timing of discovery before he submits filings to the Court.

This order terminates Dkt. Nos. 49, 50.

**IT IS SO ORDERED.**

Dated: 1/26/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge