UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>        Plaintiff,<br><br>   v.<br><br>A. FLORES, et al.,<br><br>        Defendants. | Case No. 19-cv-00319-HSG<br><br>**ORDER REGARDING RECENT FILING**<br><br>Re: Dkt. No. 58 |

Plaintiff has filed 115 pages of evidence in the record to support his initial disclosures. Dkt. No. 58. Initial disclosures, discovery requests, and responses to discovery requests should not be filed with the Court. Fed. R. Civ. P. 5(d)(1)(A). The Court is not a repository for plaintiff's evidence. Any premature filings of evidence will be disregarded by the Court. The Court will disregard Dkt. No. 58. To the extent Plaintiff has collected evidence that he believes supports his claims, the appropriate time to present evidence is when filing or opposing a dispositive motion.

**IT IS SO ORDERED.**

Dated: 6/17/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge