UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>   Plaintiff,<br><br>   v.<br><br>A. FLORES, et al.,<br><br>   Defendants. | Case No. 19-cv-00319-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 63 |

The Court GRANTS Plaintiff's second request for an extension of time to file his opposition to Defendants' motion for summary judgment. Dkt. No. 63. By December 21, 2022, Plaintiff shall file with the Court and serve upon Defendants his opposition to the dispositive motion. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 63.

**IT IS SO ORDERED.**

Dated: 12/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge