1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    CARLOS A. ORTEGA,                    Case No. 19-cv-00319-HSG
8              Plaintiff,                 **JUDGMENT**
9         v.
10   A. FLORES, et al.,
11             Defendants.
12
13        The Court has GRANTED Defendants' motion for summary judgment.  The Clerk shall
14   enter judgment in favor of Defendants and against Plaintiff, and close the case.
15        **IT IS SO ORDERED AND ADJUDGED.**
16   Dated:  7/26/2023
17
18   HAYWOOD S. GILLIAM, JR.
     United States District Judge
19
20
21
22
23
24
25
26
27
28